JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

**Order Filed on September 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**DMITRI & ELENA BELOVSKY**        CHAPTER 13
                                   CASE NO: 13474/MBK

DEBTORS

### ORDER REDUCING PRIORITY, UNSECURED PROOF OF CLAIM FILED BY

### INTERNAL REVENUE SERVICE

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: September 30, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Debtors: Dmitri & Elena Belovsky

Case Number: 20-13474

Caption of Order: Order Reducing Priority, Unsecured Proof of Claim filed by the Internal Revenue Service

**THIS MATTER,** being brought, before this court by James J. Cerbone, P.C. attorney for Debtors, upon reading documents submitted and good cause being shown:

**ORDERED** that the secured proof of claim filed by the Internal Revenue Service, claim number 11-1, is $14, 207.83;

**ORDERED** that the Internal Revenue Service is entitled to interest rate on the secured portion of their claim at 3% and the total figure to be paid is $14, 416. 92 on claim number 11-1.

**ORDERED** that the priority, unsecured proof of claim filed by the Internal Revenue Service, claim number 11-1 is reduced to $8112.06.

**ORDERED** that the general, unsecured portion of the claim filed by the Internal Revenue Service, claim number 11-1, shall participate in the distribution to unsecured, if any.

**ORDERED** that the Chapter 13 Trustee is to pay both the secured and the priority, unsecured proof of claim in full.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13474-MBK |
| Dmitry Belovsky | Chapter 13 |
| Elena Gorodetsky | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dmitry Belovsky, Elena Gorodetsky, 48 Pension Road, Englishtown, NJ 07726-3814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Elena Gorodetsky, 48 Pension Road, Englishtown, NJ 07726-3814 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020             Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | |
| | on behalf of Debtor Dmitry Belovsky cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | |
| | on behalf of Joint Debtor Elena Gorodetsky cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Sep 30, 2020 Form ID: pdf903 Total Noticed: 1

John R. Morton, Jr.
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6