Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−13474−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Dmitry Belovsky
   48 Pension Road
   Englishtown, NJ 07726

   Elena Gorodetsky
   aka Elena Belovsky
   48 Pension Road
   Englishtown, NJ 07726

Social Security No.:
   xxx−xx−3065                                           xxx−xx−0520

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on March 21, 2022.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 21, 2022
JAN: wiq

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dmitry Belovsky  
Elena Gorodetsky  
    Debtors

Case No. 20-13474-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Mar 21, 2022      Form ID: 148      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dmitry Belovsky, Elena Gorodetsky, 48 Pension Road, Englishtown, NJ 07726-3814 |
| 518740501 | | Delaware EZPass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 518740502 | + | EOS CCA, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 518740511 | | KML Law Group, 216 Haddon Group Avenue Ste 406, Collingswood, NJ 08108 |
| 518740512 | + | Maryland Transportation Authority, PO Box 17600, Baltimore, MD 21297-1600 |
| 518740513 | + | Medical Payment Data, Attn: Savit Enterprises, 46 West Ferris Street, East Brunswick, NJ 08816-2159 |
| 518740516 | + | Medical Payment Data, Attn: Remex, 307 Wall Street, Princeton, NJ 08540-1515 |
| 518740517 | + | Medical Payment Data, Attn: Online Collections, PO box 1489, Winterville, NC 28590-1489 |
| 518740514 | + | Medical Payment Data, Attn: Waterfall Revenue Group, 2297 State Highway 33 Street, Trenton, NJ 08690-1717 |
| 518740515 | + | Medical Payment Data, Attn: Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 518740519 | | NYC Department of Finance, Parking Violations, Church Street Station, PO Box 3600, New York, NY 10008-3600 |
| 518740518 | + | New York State Thruway Authority, Attn: Linebarger Goggan Blair & Sampson, 61 Broadway, Suite 2600, New York, NY 10006-2840 |
| 518740520 | | PlatePlass LLC, 25274 Network Place, Chicago, IL 60673-1252 |
| 518740525 | + | Professional Account Management, PO Box 3032, Milwaukee, WI 53201-3032 |
| 518740530 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Compliance & Enforcement-Bankruptcy Unit, 50 Barrack Street, 9th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 518740526 | + | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518740528 | + | Sky Princess Cruise Line, 24305 Town Center Drive, Valencia, CA 91355-4999 |
| 518740529 | + | Speciality Physicians, NJ, Attn IC Systems, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518987647 | | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518740534 | + | Webbank, Attn: Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 518807908 | | Wilmington Trust, NA, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 21 2022 20:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 21 2022 20:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Mar 22 2022 00:13:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 518765404 | | EDI: PHINAMERI.COM | Mar 22 2022 00:13:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 518811624 | + | EDI: CINGMIDLAND.COM | Mar 22 2022 00:13:00 | AT&T Mobility II LLC, %AT&T SERVICES |

Case 20-13474-MBK    Doc 44    Filed 03/23/22    Entered 03/24/22 00:11:13    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 21, 2022 | Form ID: 148 | Total Noticed: 50 |

| | | | |
| --- | --- | --- | --- |
| | | | INC., Karen A. Cavagnaro Paralegal, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 518810571 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2022 20:21:01 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518740499 | + EDI: PHINGENESIS | Mar 22 2022 00:13:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 518740494 | + EDI: CAPITALONE.COM | Mar 22 2022 00:13:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518757712 | + EDI: AIS.COM | Mar 22 2022 00:13:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518823532 | + Email/Text: bankruptcy@cavps.com | Mar 21 2022 20:18:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518740500 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 21 2022 20:20:55 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518740505 | + EDI: AMINFOFP.COM | Mar 22 2022 00:13:00 | First Premier Bank, PO Box 5514, Sioux Falls, SD 57117-5514 |
| 518740509 | EDI: PHINAMERI.COM | Mar 22 2022 00:13:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 518793118 | + EDI: CBS7AVE | Mar 22 2022 00:13:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518740508 | EDI: CBS7AVE | Mar 22 2022 00:13:00 | Ginnys, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518740510 | EDI: IRS.COM | Mar 22 2022 00:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518803886 | EDI: JEFFERSONCAP.COM | Mar 22 2022 00:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518817384 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2022 20:20:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518813125 | + EDI: MID8.COM | Mar 22 2022 00:13:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518740503 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 21 2022 20:18:00 | EZ Pass Violations, PO Box 4971, Trenton, NJ 08650 |
| 518740521 | EDI: PRA.COM | Mar 22 2022 00:13:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-1223 |
| 518777792 | EDI: PRA.COM | Mar 22 2022 00:13:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 518802709 | + EDI: JEFFERSONCAP.COM | Mar 22 2022 00:13:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518801682 | EDI: Q3G.COM | Mar 22 2022 00:13:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518793119 | + EDI: CBS7AVE | Mar 22 2022 00:13:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518740527 | + EDI: CBS7AVE | Mar 22 2022 00:13:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518740531 | + EDI: CBS7AVE | Mar 22 2022 00:13:00 | Swiss Colony, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 518793120 | + EDI: CBS7AVE | Mar 22 2022 00:13:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518740533 | EDI: VERIZONCOMB.COM | | |

Mar 22 2022 00:13:00    Verizon, PO Box 4830, Trenton, NJ 08650-4830

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518740495 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518740496 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518740497 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518740498 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518740506 | *+ | First Premier Bank, PO Box 5514, Sioux Falls, SD 57117-5514 |
| 518740507 | *+ | First Premier Bank, PO Box 5514, Sioux Falls, SD 57117-5514 |
| 518740522 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-1223 |
| 518740523 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-1223 |
| 518740524 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-1223 |
| 518782548 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518740504 | ## | FDOT, PO BOX 71237, Charlotte, NC 28272-1237 |
| 518740532 | ##+ | TBOM Total Card, 5109 S Broadbend Lane, Sioux Falls, SD 57108-2208 |

TOTAL: 0 Undeliverable, 10 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Trust  National Association, successor trustee to Citibank, N.A., as Trustee for the Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Wilmington Trust  NA, successor trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Dmitry Belovsky cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Elena Gorodetsky cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Mar 21, 2022 | Form ID: 148 | Total Noticed: 50

mortoncraigecf@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7